```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

              OCT - 6 2011

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:11-cr-326-ECR-CWH |
| NICHOLAS EDDARDS, ) | |
| Defendant, ) | **ORDER** |

The Court ordered John J. Momot, Jr. discharged as counsel and new counsel appointed at the October 5, 2011, hearing (#15). Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed in place of Mr. Momot to represent Nicholas Eddards.

IT IS FURTHER ORDERED that Mr. Momot shall forward the file to the Federal Public Defender forthwith.

DATED: October 6, 2011.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE