# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-326-HDM (CWH) |
| NICHOLAS EDDARDS, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 28, 2012, defendant NICHOLAS EDDARDS pled guilty to a Criminal Indictment charging him with Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant NICHOLAS EDDARDS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

    1.    Interarms, M270, .44 caliber revolver, serial # AB110926; and

    2.    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2 United States of America should seize the aforementioned property.
3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4 NICHOLAS EDDARDS in the aforementioned property is forfeited and is vested in the United
5 States of America and shall be safely held by the United States of America until further order of the
6 Court.
7   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
8 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
9 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
10 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
11 the name and contact information for the government attorney to be served with the petition,
12 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
14 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
16 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
17 following address at the time of filing:

18     Michael A. Humphreys
       Assistant United States Attorney
19     Daniel D. Hollingsworth
       Assistant United States Attorney
20     Lloyd D. George United States Courthouse
       333 Las Vegas Boulevard South, Suite 5000
21     Las Vegas, Nevada 89101.

22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 28th day of March, 2012.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE