

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff,      ) | |
| v.      ) | 2:11-CR-326-HDM (CWH) |
| NICHOLAS EDDARDS,      ) | |
| Defendant.      ) | |

## FINAL ORDER OF FORFEITURE

On March 29, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant NICHOLAS EDDARDS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant NICHOLAS EDDARDS pled guilty. Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 38.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 2, 2012, through May 1, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 49.

On April 3, 2012, PORTIA OLSZEWSKA was personally served with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 42.

1 | This Court finds no petitions were filed herein by or on behalf of any person or entity and the
2 | time for filing such petitions and claims has expired.
3 | This Court finds no petitions are pending with regard to the assets named herein and the time
4 | for presenting such petitions has expired.
5 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 | title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United
7 | States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title
8 | 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title
9 | 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

10 | 1) Interarms, M270, .44 caliber revolver, serial # AB110926; and
11 | 2) any and all ammunition.
12 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
13 | certified copies to the United States Attorney's Office.
14 | DATED this ___7th___ day of ___June___, 2012.

_____
UNITED STATES DISTRICT JUDGE